■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORRAINE BROWN, Appellant. [598 NYS2d 738] —Appeal by the defendant from a judgment of the County Court, Westchester County (LaCava, J.) rendered July 16, 1991, convicting her of assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant Lorraine Brown was one of three women who took part in a concerted attack on the victim *(see, People v Allums,* 193 AD2d 687 [decided herewith]; *People v Allums,* 193 AD2d 688 [decided herewith]).

Contrary to the arguments of the defendant Lorraine Brown, the verdict was not repugnant *(see, People v Allums,* 193 AD2d 688, *supra),* the CPL 710.30 notice furnished by the People was sufficient to inform her of the sum and substance of her pretrial statement *(see, People v Murphy,* 163 AD2d 425; *People v Holmes,* 170 AD2d 534), and the trial court took adequate curative measures when it discovered that some

jurors were taking notes *(see, People v Stewart,* 179 AD2d 731; *People v Valenti,* 163 AD2d 441; *People v DiLuca,* 85 AD2d 439).

The defendant's remaining arguments are also without merit. Bracken, J. P., Lawrence, Eiber and Pizzuto, JJ., concur.